IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON SYID HOLLIS,

     Petitioner,                    No. CIV S-07-0817 WBS EFB P

     vs.

WARDEN OF SUSANVILLE
STATE PRISON,

     Respondent.              FINDINGS AND RECOMMENDATIONS

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254.

     On December 20, 2007, respondents moved to dismiss the petition on the grounds that it is moot and that the court lacks personal jurisdiction over the respondent. On November 1, 2007, the court informed petitioner of the requirements for filing an opposition to any motion to dismiss. On February 28, 2008, the court again admonished petitioner of his obligation to file an opposition or statement of no opposition. That order gave petitioner an additional 30 days to file an opposition or statement of non-opposition and warned him that failure to do so could result in dismissal.

////

1 The 30 days have passed and petitioner has not filed an opposition or a statement of no
2 opposition nor otherwise responded to the February 28, 2008, order.

3 Accordingly, it is RECOMMENDED that this action be dismissed without prejudice.
4 Fed. R. Civ. P. 41(b); Rule 11, Rules Governing § 2254 Cases.

5 These findings and recommendations are submitted to the United States District Judge
6 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days
7 after being served with these findings and recommendations, any party may file written
8 objections with the court and serve a copy on all parties. Such a document should be captioned
9 "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
10 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
11 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
12 Dated: May 1, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE