IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON SYID HOLLIS,

    Petitioner,               No. CIV S-07-0817 WBS EFB P

    vs.

WARDEN OF SUSANVILLE STATE PRISON,

    Respondent.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        Respondent moved to dismiss the petition on December 20, 2007. By his order of February 28, 2008, the Magistrate Judge ordered petitioner to either file an opposition to the motion or a statement of non-opposition pursuant to the local rules within thirty days from the date of that order. Petitioner was further advised that his failure to comply with that order would result in a recommendation that this action be dismissed. Petitioner did not comply with that order.

        Accordingly, on May 2, 2008, the magistrate judge filed findings and

1

1  recommendations herein which were served on all parties and which contained notice to all
2  parties that any objections to the findings and recommendations were to be filed within twenty
3  days.  Neither party has filed objections to the findings and recommendations.
4          The court has reviewed the file de novo.  For the reasons stated in respondent's
5  moving papers, petitioner's claim is moot because he has been discharged from parole. Further,
6  petitioner failed to name the correct respondent, and this court thus lacks personal jurisdiction
7  over respondent.
8          IT IS THEREFORE ORDERED that respondent's motion to dismiss be, and the
9  same hereby is, GRANTED, and this action is hereby DISMISSED.
10  DATED:  August 7, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE